**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2014 AUG 18  AM 10: 25

| UNITED STATES OF AMERICA | NO. |
| v. | |
| CHRISTOPHER DALEN WELLS | **3 - 14 CR - 3 1 1 - M** |

### INFORMATION

The United States Attorney charges:

Count One
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

On or about January 7, 2014, in the Dallas Division of the Northern

District of Texas, the defendant, **Christopher Dalen Wells,** knowingly transported and

shipped child pornography using a means and facility of interstate and foreign commerce

and in and affecting interstate and foreign commerce by any means, including by

computer, by using peer-to-peer software and his computer to send and transmit video

files of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, to

another, including the following described videos:

| File Name: | Description: |
|---|---|
| $rb5mu0q(2).mpg | Video file depicting a nude prepubescent girl lying on her chest while an adult digitally penetrates the girl's anus and genitals with his hand.   At one point the adult spits on the girl's genitals.   At the end of the video, the adult is fondling the girl's genitals with his hand. |
| (43)410.mpg | Video file depicting two prepubescent girls standing naked outdoors.   The girls digitally penetrate themselves and each other while being directed what to do by an adult male speaking off camera.   At one point, one of the girls, who is naked from the waist down, spreads her legs, exposing her vagina, urinates and digitally penetrates herself.   In another scene, one of the girls penetrates the genitals of the other girl with her tongue.   At the end, one of the girls penetrates the other girls genitals with a cigarette. |

In violation of 18 U.S.C. § 2252A(a)(1).

Notice of Forfeiture
(18 U.S.C. § 2253(a)(1) and (3))

Upon conviction of any or all of the offenses alleged in this Information and pursuant to 18 U.S.C. § 2253(a), the defendant, **Christopher Dalen Wells**, shall forfeit any visual depiction described in 18 U.S.C. § § 2252 and 2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, the following items seized from his residence in Garland, Texas:

1. One desktop computer – home built; s/n rc94kkn1132300271;
2. One Seagate 500gb drive – 5000c5003e0481eb;
3. One Samsung Boost Smartphone; and
4. One Seagate 500gb hard drive s/n 500c5003d9253f1

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Camille E Sparks*

CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809